[No. 30953-6-I.   Division One.   October 25, 1993.]

WESTERN. WASHINGTON UNIVERSITY, *Respondent*, v. FLAYER
CORPORATION, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 90-2-01229-4, Michael F. Moynihan, J.,

entered June 19, 1992. *Reversed* by unpublished opinion per Scholfield, J., concurred in by Grosse and Agid, JJ.